EXHIBIT B

# PINKS, ARBEIT & NEMETH
### ATTORNEYS AT LAW
140 FELL COURT, SUITE 303
HAUPPAUGE, NEW YORK 11788
(631) 234-4400
(631) 234-4445 (fax)

STEVEN G. PINKS
ROBERT S. ARBEIT
JOSEPH G. NEMETH, JR

JONATHAN W. LIPSHIE
TERESA A. WHITE

February 18, 2016

Quest Ventures, Ltd.
98 Silas Carter Road
Manorville, NY 11949

## *FOR PROFESSIONAL SERVICES RENDERED:*

### *RE:*    CHAPTER 11 REORGANIZATION

| Date | Services | Attny | Hours |
|------|----------|-------|-------|
| 11/16/15 | Telephone call with Sal Guerrera re: bankruptcy | SGP | 0.50 |
| 11/20/15 | Telephone call with Sal Guerrera re: bankruptcy | SGP | 0.30 |
| 11/25/15 | Review dockets; review Order to Show Cause in IPA v. Quest | JWL | 0.30 |
| 12/2/15 | Meeting with client | JWL | 0.30 |
| 12/2/15 | Meeting with client | SGP | 0.30 |
| 12/9/15 | Meeting with Sal Guerrera re: Chapter 11 petition and schedules | JWL | 1.50 |
| 12/9/15 | Meeting with Sal Guerrera re: Chapter 11 petition and schedules | SGP | 1.50 |
| 12/11/15 | Preparation of petition and schedules | JWL | 1.00 |
| 12/17/15 | Telephone call with Sal Guerrera | SGP | 0.50 |
| 12/21/15 | Meeting with debtor re: Chapter 11 petition and schedules; bank accounts | JWL | 3.50 |
| 12/21/15 | Meeting with debtor re: Chapter 11 petition and schedules; bank accounts | SGP | 3.50 |

| Date | Description | Initials | Hours |
|---|---|---|---|
| 12/22/15 | Preparation of schedules of assets and liabilities | JWL | 3.00 |
| 12/23/15 | Conference with Sal Guerrera and Vicki Dorr re: Chapter 11 petition and schedules | JWL | 3.50 |
| 12/29/15 | Conference with debtor's shareholder Vicki Dorr re: insurance and DIP account | JWL | 0.20 |
| 12/30/15 | Letter to Debtor re: U.S. Trustee requirements | JWL | 0.20 |
| 1/4/16 | Conference with Sal Guerrera re: Trustee meeting | JWL | 0.20 |
| 1/6/16 | Meeting with Sal Guerrera re: Trustee meeting | JWL | 1.00 |
| 1/6/16 | Meeting with Sal Guerrera re: Trustee meeting | SGP | 1.00 |
| 1/12/16 | Meeting with Rudy Fusco at U.S. Trustee's office with client | JWL | 1.00 |
| 1/12/16 | Meeting with Rudy Fusco at U.S. Trustee's office with client | SGP | 1.00 |
| 1/12/16 | Conference with Sal Guerrera re: DIP account | JWL | 0.20 |
| 1/15/16 | Conference with debtor's bank re: account opened as DIP Account; | JWL | 0.20 |
| 1/15/16 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 1/27/16 | Conference with Sal Guerrera re: 341 meeting and related issues | JWL | 1.00 |
| 1/29/16 | Attend Section 341 meeting before Alfred Dimino, U.S. Trustee conference with Sal Guerrera | JWL | 1.10 |
| 1/29/16 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 2/1/16 | Conference with Rudy Fusco re: UST Quarterly fees | JWL | 0.20 |
| 2/1/16 | Letter to Alfred Dimeno, U.S. Trustee re: outstanding requests; review documents | JWL | 0.30 |
| 2/2/16 | Meeting with Sal Guerrera re: affidavit; retention order | JWL | 0.30 |

| Date | Description | Init. | Hours |
|---|---|---|---|
| 2/4/16 | Application for bar date | JWL | 1.00 |
| 2/10/16 | Initial case management; conference with Judge Grossman | SGP | 2.00 |
| 2/10/16 | Initial case management with Judge Grossman; conference with Sal Guerrera | JWL | 2.00 |
| 2/10/16 | Conference with Andrea Milano, accountant | JWL | 0.20 |
| 2/10/16 | Revise Pinks Arbeit & Nemeth retention order; conference with Alfred Dimino | JWL | 0.20 |
| 2/10/16 | Conference with Alfred Dimino | JWL | 0.10 |
| 2/10/16 | Initial case management with Judge Grossman; conference with Sal Guerrera | SGP | 1.50 |
| 2/10/16 | Conference with Sal Guerrera | SGP | 0.50 |
| 2/11/16 | Review proposal to buy property | JWL | 0.30 |
| 2/11/16 | Conference with Sal Guerrera re: proposal to buy property | JWL | 0.20 |
| 2/16/16 | Conference with Al Dimino re: accountant and broker's application | JWL | 0.60 |
| 2/17/16 | Application to employ Wendy Butler; order and declaration; review agreement | JWL | 0.50 |
| 2/18/16 | Revise exclusive listing agreement; application to retain Wendy Butler, Signature Premier Properties | JWL | 0.70 |
| 2/18/16 | Revise and review exclusive listing agreement | SGP | 0.50 |
| | TOTAL | | 38.30 |

SGP -  $500 x 13.50 = $6,750.00
JWL - $425.00 x 24.80  = $10,540.00

**Disbursements:**

UPS Service for delivery to:
    Alfred Dimino              $25.00
    US. Trustee Payment Ctr.   $25.00

$    50.00

Bankruptcy Filing Fee          $1,717.00

| | |
|---|---|
| Total SGP | $  6,750.00 |
| Total JWL | $10,540.00 |
| Total Disbursements | 1,767.00 |
| | |
| TOTAL DUE | $19,057.00 |
| Less Received 12/22/15 | $16,717.00 |
| **TOTAL DUE** | **$ 2,340.00** |

# PINKS, ARBEIT & NEMETH
ATTORNEYS AT LAW
140 FELL COURT, SUITE 303
HAUPPAUGE, NEW YORK 11788
(631) 234-4400
(631) 234-4445 (fax)

STEVEN G. PINKS
ROBERT S. ARBEIT
JOSEPH G. NEMETH, JR

JONATHAN W. LIPSHIE
TERESA A. WHITE

July 14, 2016

Quest Ventures, Ltd.
98 Silas Carter Road
Manorville, NY 11949

## *FOR PROFESSIONAL SERVICES RENDERED:*

### *RE:*   CHAPTER 11 REORGANIZATION

| Date | Services | Attny | Hours |
|------|----------|-------|-------|
| 2/26/16 | Conference call with U.S. Trustee Al DiMino re: broker's retention order | JWL | 0.20 |
| 3/1/16 | Conference with Sal Guerrera re: accountant; conference with Janice Redmond re: accounting | JWL | 0.20 |
| 3/3/16 | Letter to Ted Donovan re: IPA and Mr. DeRosa's personal property | JWL | 0.10 |
| 3/3/16 | Conference with Steven Pinks | JWL | 0.10 |
| 3/3/16 | Conference with Jonathan Lipshie | SGP | 0.20 |
| 3/3/16 | Letter to Ted Donovan and Chris Thompson | SGP | 0.20 |
| 3/7/16 | Meeting with accountant Janice Redmond and Sal Guerrera | JWL | 1.00 |
| 3/8/16 | E-mail from U.S. Trustee Al DiMino | JWL | 0.10 |
| 3/8/16 | Revise accountant affidavit | JWL | 0.10 |
| 3/17/16 | Review IPA's complaint and Exhibits; IPA/Quest agreement | RSA | 1.00 |

| | | | |
|---|---|---|---|
| 3/27/16 | Legal Research re: affirmative defenses and counterclaims | RSA | 1.00 |
| 3/28/16 | Hearing on Motion to Retain Broker; motion to set bar date; motion to retain accountant | JWL | 2.50 |
| 3/28/16 | Hearing on Motion to Retain Broker; motion to set bar date; motion to retain accountant | SGP | 2.50 |
| 3/30/16 | Draft notice for deposition to IPA re: objection to claim; draft first request for production of documents to IPA; draft motion to extend exclusivity | JWL | 1.60 |
| 3/30/16 | Legal research | JWL | 0.30 |
| 3/31/16 | Draft notice of motion to extend exclusivity periods and proposed order; legal research | JWL | 0.80 |
| 3/31/16 | Legal research | JWL | 0.20 |
| 4/4/16 | Conference with court re: bar date | JWL | 0.20 |
| 4/5/16 | Review and analyze IPA's proof of claim and exhibits | RSA | 1.00 |
| 4/6/16 | Revise bar date order | JWL | 0.50 |
| 4/7/16 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 4/10/16 | Prepare answer to complaint | RSA | 0.80 |
| 4/11/16 | Prepare counterclaim and objection to IPA claim | RSA | 1.20 |
| 4/11/16 | Legal research on counterclaim and objection to claims | RSA | 0.90 |
| 4/13/16 | Finalize and edit answer and counterclaim | RSA | 1.10 |
| 4/13/16 | ECF filing of answer and counterclaim | RSA | 0.20 |
| 4/14/16 | Review bar date order; review notice of retention of accountant | JWL | 0.30 |
| 4/14/16 | Prepare notice of bar order | JWL | 0.20 |

| | | | |
|---|---|---|---|
| 4/14/16 | Revise notice of bar order | JWL | 0.10 |
| 4/18/16 | Prepare discovery demands | JWL | 0.30 |
| 4/18/16 | Review answer to adversary proceedings | JWL | 0.20 |
| 4/21/16 | Review opposition to motion to extend exclusivity by IPA | JWL | 0.40 |
| 4/21/16 | Prepare for hearing | JWL | 0.20 |
| 4/25/16 | Attend pre-trial conference; status conference and motion to extend exclusive periods | JWL | 2.00 |
| 4/25/16 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 4/26/16 | Conference with Sal Guerrera re: hearing | JWL | 0.20 |
| 6/8/12 | Meeting with Steven Pinks; Sal Guerrera; Teresa Driscoll (counsel to Sal Guerrera) re: IPA litigation | JWL | 2.00 |
| 6/8/12 | Meeting with Jonathan Lipshie; Sal Guerrera; Teresa Driscoll re: IPA litigation | SGP | 2.00 |
| 6/15/16 | Conference call with Theresa Driscoll and Ted Donovan re: adversary Proceeding | SGP | 0.30 |
| 6/20/16 | Review operating statements | JWL | 0.30 |
| 6/20/16 | Conference with Sal Guerrera | JWL | 0.10 |
| 6/20/16 | E-mails with Theresa Driscoll, Sal Guerrera's counsel re: operating statements | JWL | 0.20 |
| 6/24/16 | Letter to Ted Donovan re: discovery; conference with Steven Pinks; conference with Theresa Driscoll | JWL | 1.00 |
| 6/24/17 | Conference with Theresa Driscoll | SGP | 0.30 |
| 7/1/16 | E-mails to Theresa Driscoll re: document production in adversary proceeding; teleconference with Theresa Driscoll | JWL | 0.20 |
| 7/11/16 | E-mails to Theresa Driscoll; conference with | JWL | 0.40 |

| | Theresa Driscoll re: documents production. | | |
|---|---|---|---|
| 7/13/16 | Conference with Theresa Driscoll re: adversary proceeding; conference with Theresa Driscoll and Ted Donovan re: adjournment; | JWL | 0.40 |
| 7/13/16 | Review IPA documents | JWL | 0.30 |
| 7/14/16 | Review letters from Theresa Driscoll re: adjournment of adversary proceeding | JWL | 0.10 |
| 7/14/16 | E-mail to Theresa Driscoll re: letter | JWL | 0.10 |
| 7/14/16 | Telephone call with Sal Guerrera | SGP | 0.30 |
| | Total | | 30.30 |

SGP - $500.00 x 6.20 = $3,100.00
RSA - $450.00 . 7.20 = $3,240.00
JWL - $425.00 x 16.90 = $7,182.50

Total SGP    $3,100.00
Total RSA    $3,240.00
Total JWL    $7,182.50

**TOTAL DUE**    **$13,522.50**

# PINKS, ARBEIT & NEMETH
### ATTORNEYS AT LAW
140 FELL COURT, SUITE 303
HAUPPAUGE, NEW YORK 11788
(631) 234-4400
(631) 234-4445 (fax)

STEVEN G. PINKS
ROBERT S. ARBEIT
JOSEPH G. NEMETH, JR

JONATHAN W. LIPSHIE
TERESA A. WHITE

January 24, 2017

Quest Ventures, Ltd.
98 Silas Carter Road
Manorville, NY 11949

## *FOR PROFESSIONAL SERVICES RENDERED:*

### RE:    CHAPTER 11 REORGANIZATION

| Date | Services | Attny | Hours |
|------|----------|-------|-------|
| 7/20/16 | Draft Motion To Extend Exclusive Periods | JWL | 1.20 |
| 7/20/16 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 7/20/16 | Conference with Steven Pinks re: motion | JWL | 0.30 |
| 7/20/16 | Conference with Jonathan Lipshie re: motions | SGP | 0.50 |
| 7/26/16 | E-mail to Theresa Driscoll re: Adversary Proceeding; conference with Theresa Driscoll re: Adversary Proceeding and Plan of Reorganization | JWL | 0.60 |
| 7/26/16 | Conference with Theresa Driscoll re: Adversary Proceeding and Plan of Reorganization | SGP | 0.50 |
| 7/28/16 | Conference with Theresa Driscoll re: Adversary Proceeding | JWL | 1.10 |
| 7/28/16 | Revise motion to extend exclusive period; order to extend exclusive period and notice of motion | | 2.00 |
| 7/29/16 | Conference with Steven Pinks re: motion to extend exclusivity | JWL | 0.20 |
| 7/29/16 | Conference with Jonathan Lipshie re: motion to | SGP | 0.30 |

| | | | |
|---|---|---|---|
| | extend exclusivity; review motion to extend exclusivity | | |
| 7/29/16 | Review motion to extend exclusivity | SGP | 0.20 |
| 8/1/16 | Conference with Sal Guererra | JWL | 0.50 |
| 8/1/16 | Conference with Steven Pinks re: sale of property | JWL | 1.00 |
| 8/1/16 | Conference with Jonathan Lipshie re: sale of property | SGP | 0.25 |
| 8/4/16 | Review motion to extend exclusivity period | SGP | 1.00 |
| 8/4/16 | Conference with Sal Guererra re: potential sale of property | SGP | 0.50 |
| 8/4/16 | Conference with Theresa Driscoll re: IPA/Plan issues | JWL | 0.50 |
| 8/9/16 | Telephone calls with Sal Guerrera | SGP | 0.40 |
| 8/11/16 | Telephone calls with Sal Guerrera | SGP | 0.40 |
| 8/12/16 | Conference with Vicki Dorr re: status | JWL | 0.20 |
| 8/17/16 | Review operating statement | JWL | 0.10 |
| 8/17/16 | Draft second document request | JWL | 0.30 |
| 8/17/16 | Conference with Steve Pinks re: hearing on August 22, 2017 | JWL | 0.10 |
| 8/17/16 | Conference with Jonathan Lipshie re: hearing | SGP | 0.50 |
| 8/18/16 | Memo re: August 22, 2017 hearing for Steven Pinks | JWL | 0.50 |
| 8/22/16 | Prepare order extending exclusivity | JWL | 0.50 |
| 8/26/16 | Telephone call with Sal Guerrera | SGP | 0.30 |
| 8/31/16 | Conference with Joe Pirenea re: accounting and Quest | JWL | 0.30 |
| 8/31/16 | Revise second request for production of | JWL | 0.20 |

| | documents in adversary proceeding | | |
|---|---|---|---|
| 9/1/16 | Letter to Ted Donovan re: discovery | JWL | 0.30 |
| 9/2/16 | Review documents produced by IPA | JWL | 0.40 |
| 9/2/16 | Revise letter to Ted Donovan | JWL | 0.20 |
| 9/2/16 | E-mails to Joe Pirenea; review IPA/Quest Agreement | JWL | 0.20 |
| 9/2/16 | Review IPA/Quest Agreement | JWL | 0.20 |
| 9/2/16 | Revise second document request | JWL | 0.20 |
| 9/14/16 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 10/17/16 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 10/24/16 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 10/25/16 | Conference with Ted Donovan re: document request in Adversary Proceeding | JWL | 0.20 |
| 10/25/16 | E-mail to Ted Donovan re: Adversary Proceeding | JWL | 0.20 |
| 11/1/16 | Objection to claim; research state court cases in foreclosure case | JWL | 1.50 |
| 11/2/16 | Conference with Karen Fungfeld, potential broker | JWL | 0.30 |
| 11/3/16 | Response to claimant's reply to object to claim; | JWL | 0.50 |
| 11/3/16 | Review documents produced by Quest in IPA vs. Quest | JWL | 0.50 |
| 11/3/16 | Review documents produced by Quest in IPA vs. Quest | JWL | 1.00 |
| 11/4/16 | Review documents produced | JWL | 1.00 |
| 11/4/16 | Conference with Sal Guerrera re: documents; conference with Joe Pirenia re: report on IPA expenses | JWL | 0.70 |

| 11/7/16 | Draft response to claimant's reply re: Marie Tooker's claim | JWL | 1.00 |
|---|---|---|---|
| 11/8/16 | Draft Appeal filings | JWL | 1.00 |
| 11/10/16 | Draft reply to Response to Objection to Claim; review document production in IPA v. Quest; Draft response to Document request; letter to IPA attorney | JWL | 2.70 |
| 11/15/16 | Draft response to Tooker Reply | JWL | 1.00 |
| 11/17/16 | Conference with Vicki Dorr re: status | JWL | 0.40 |
| 11/21/16 | Finalize reply to objection to claim | JWL | 1.00 |
| 11/21/16 | Conference with Steven Pinks re: response to reply to objection to claim | JWL | 0.40 |
| 11/21/16 | Conference with Jonathan Lipshie re: objection to claim | SGP | 0.40 |
| 11/22/16 | Review pacer; finalize reply to response to objection | JWL | 0.70 |
| 11/22/16 | Review reply to response to objection | SGP | 1.00 |
| 11/29/16 | Review Amended Complaint by Marie Tooker; preparation for objection to claim hearing | JWL | 2.00 |
| 11/29/16 | Telephone call with Sal Guerrera | SGP | 0.30 |
| 11/30/16 | Preparation for objection to claim hearing; preparation for status conference in Adversary Hearing | JWL | 0.50 |
| 11/30/16 | Attend hearing | JWL | 2.00 |
| 11/30/16 | Draft order sustain objection to claim | JWL | 0.50 |
| 12/1/16 | E-mail to Ted Donovan concerning broker's listing for sale of property | JWL | 0.20 |
| 12/1/16 | File order to sustain objection to Marie Tooker's claim | JWL | 0.20 |
| 12/2/16 | Finalize order disallowing claim | JWL | 0.20 |

| | | | |
|---|---|---|---|
| 12/5/16 | Conference with Sal Guerrera re: IPA | JWL | 0.20 |
| 12/6/16 | Conference with Ray Grasing re: RICO lawsuit | SGP | 0.50 |
| 12/6/16 | Review application to retain Weichert as broker and declaration of Karen Fungfeld as broker for Debtor | JWL | 2.00 |
| 12/7/16 | Revise application to retain broker | JWL | 0.50 |
| 12/7/16 | E-mail to Ted Donovan re: broker and document production | JWL | 0.50 |
| 12/8/16 | Conference with Karen Fungfeld | JWL | 0.10 |
| 12/8/16 | Revise motion to retain broker | JWL | 0.50 |
| 12/8/16 | Review order to sustain objection to Marie Tooker's claim | JWL | 0.10 |
| 12/12/16 | E-mails to broker Karen Fungfeld; conference with broker | JWL | 0.20 |
| 12/12/16 | Review exclusive broker's agreement | JWL | 0.40 |
| 12/14/16 | E-mail from Ted Donovan re: IPA | JWL | 0.10 |
| 12/15/16 | Review agreement from Weichert Properties | JWL | 0.40 |
| 12/15/16 | Conference with Steve Pinks re contract | JWL | 0.10 |
| 12/15/16 | E-mail to Ted Donovan re: broker's contract | JWL | 0.10 |
| 12/20/16 | E-mail from Al Dimino re: broker contract; | JWL | 0.10 |
| 12/20/16 | Review broker contract | JWL | 0.50 |
| 12/20/16 | Revise broker contract | JWL | 0.50 |
| 12/22/16 | Revise rider to broker's agreement | JWL | 0.50 |
| 12/22/16 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 12/22/16 | Conference with Karen Fungfeld; | JWL | 0.40 |

| 12/22/16 | Legal research re: dual agency broker commissions | JWL | 0.50 |
|---|---|---|---|
| 12/23/16 | Letter to Ted Donovan re: discovery | JWL | 0.20 |
| 12/23/16 | Conference with Steven Pinks re: discovery issues and broker's agreement | JWL | 0.30 |
| 12/23/16 | Conference with Jonathan Lipshie re: discovery issues and broker's agreement | SGP | 0.30 |
| 12/28/16 | Review e-mail from Ted Donovan re: documents; review docket re appeal by Marie Tooker; review minutes of hearing on objection to Marie Tooker's proof of claim | JWL | 2.00 |
| 12/28/16 | Legal research FRBP on appeals and objection to claim appeal | JWL | 0.70 |
| 12/29/16 | Legal research re: objection to claim | JWL | 1.00 |
| 1/3/17 | Research re: appeals brief; motion to compel in IPA Adversary proceeding | JWL | 1.20 |
| 1/3/17 | Conference with Ted Donovan; e-mail to Ted Donovan re: documents | JWL | 0.30 |
| 1/3/17 | conference with Steven Pinks re: document; e-mail to Ted Donovan re: documents | JWL | 0.30 |
| 1/3/17 | Conference with Jonathan Lipshie re: documents | SGP | 0.10 |
| 1/4/17 | Conference with Al Dimino re: brokers agreement | JWL | 0.20 |
| 1/4/17 | Research re: appeal brief, Tooker claim | JWL | 1.00 |
| 1/4/17 | Draft appeal brief | JWL | 1.00 |
| 1/4/17 | Conference with Karen Fungfeld re: brokers agreement | JWL | 0.20 |
| 1/5/17 | E-mail from Rudy Fusco; conference with Ted Donovan | JWL | 0.40 |

| 1/5/17 | Review Tooker's Designation of Record and Statement of Issues to be presented on appeal; review operating reports | JWL | 0.80 |
|--------|---|---|---|
| 1/6/17 | Draft counter-statement of issues and counter designation of items on appeal | JWL | 0.60 |
| 1/6/17 | Conference with Karen Fungfeld at Weichert Realtors re: broker's agreement; | JWL | 0.40 |
| 1/6/17 | Revise broker's agreement | JWL | 0.60 |
| 1/9/17 | Review letter from Ted Donovan re: adjournment; | JWL | 0.10 |
| 1/9/17 | E-mail to Ted Donovan re: adjournment; conference with Ted Donovan re: adjournment letter | JWL | 0.10 |
| 1/9/17 | Prepare Appellee's counter-designation; appeal brief on Tooker's claim | JWL | 0.20 |
| 1/9/17 | Legal research | JWL | 0.40 |
| 1/9/17 | Review e-mail from Karen Fungfeld re: Broker's agreement | JWL | 0.90 |
| 1/9/17 | Review broker's agreement and attachments | JWL | 0.50 |
| 1/9/17 | Conference with Steven Pinks re: broker's agreement | JWL | 0.20 |
| 1/9/17 | Conference with Jonathan Lipshie | SGP | 0.20 |
| 1/10/17 | Conference with Karen Fungfeld re: agreement; | JWL | 0.20 |
| 1/10/17 | Finalize Appellee's Designation | JWL | 0.40 |
| 1/10/17 | Preparation for status conference | JWL | 0.40 |
| 1/10/17 | E-mail to broker re: agreement and motion conference with Karen Fungfeld re: agreement; | JWL | 0.10 |
| 1/10/17 | Review letter from Ted Donovan re: | JWL | 0.10 |

| | | | |
|---|---|---|---|
| | adjournment | | |
| 1/11/17 | Attend conference in Bankruptcy court on adversary proceeding IPA v. Quest; motion to extend exclusivity; | JWL | 2.00 |
| 1/11/17 | Conference with Steven Pinks; conference with Ted Donovan re: trial dates; e-mail to Ted Donovan re: adjourned dates and trial dates; conference with Theresa Driscoll re: IPA | JWL | 0.30 |
| 1/11/17 | Conference with Karen Fungfeld re: broker's agreement; conference with Joe Pirenea, e-mail with Joe Pirenea re: report; conference with Joe Pirenca account expert re: trail and preparation; conference with Sal Guerrera re; trial date; | JWL | 0.30 |
| 1/11/7 | Conference with Jonathan Lipshie | SGP | 0.20 |
| 1/11/17 | Telephone call with Sal Guerrera | SGP | 0.30 |
| 1/12/17 | Conference with Sal Guerrera re trial date; conference with Joe Pirenea re: trial date. | JWL | 0.20 |
| 1/12/17 | E-mails to Ted Donovan re: trial date; e-mail to court re: trial date and conference with courtroom deputy re: trial date | JWL | 0.30 |
| 1/12/17 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 1/13/17 | E-mail to Joe Pirenea re: trial and documents; e-mail to Karen Funfgeld re: broker agreement and declaration | JWL | 0.20 |
| 1/13/17 | Draft Tooker Appellate brief; | JWL | 0.40 |
| 1/13/17 | Legal research re: Bankruptcy Rules 8014, 8015 and local rules; Judge Bianco Individual Practices | JWL | 0.40 |
| 1/13/17 | Review documents produced by IPA | JWL | 0.20 |
| 1/17/17 | Conference with Karen Fungfeld; | JWL | 0.20 |
| 1/17/17 | Revise application to retain broker | JWL | 0.40 |
| 1/17/17 | Review subpoenas in IPA vs. Quest | JWL | 0.40 |

| | | | |
|---|---|---|---|
| 1/18/17 | Review documents and spreadsheets re: IPA damages; review documents concerning IPA lawsuit re: expenses | JWL | 1.30 |
| 1/18/17 | E-mail to courtroom deputy Madrie Tagle re: trial date for IPA v. Quest | JWL | 0.20 |
| 1/18/17 | Conference with Karen Funfgeld re: broker's agreement | JWL | 0.30 |
| 1/18/17 | Conference with Sal Guerrera and Steven Pinks re: litigation | JWL | 0.50 |
| 1/18/17 | Conference with Sal Guerrera re: litigation | SGP | 0.50 |
| 1/19/17 | Review and revise December Operating report | JWL | 0.50 |
| 1/19/17 | Revise application to retain broker and motion to compel production of documents | JWL | 1.50 |
| 1/19/17 | Conference with Karen Funfgeld re: brokers agreement | JWL | 0.20 |
| 1/19/17 | Legal research | JWL | 0.80 |
| 1/19/17 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 1/20/17 | Review docket for record on appeal in Tooker appeal | JWL | 0.30 |
| 1/23/17 | Review binders re: IPA expenses; review bank statement for operating report | JWL | 0.90 |
| 1/24/17 | Review IPA document re: expenses | JWL | 1.00 |
| 1/24/17 | Legal research re: Tooker appeal | JWL | 1.00 |
| | Total | | 77.15 |

SGP -  $500.00 x 10.05 = $5,025.00
JWL - $425.00 x 67.10 = 28,517.50

| | |
|---|---|
| Total SGP | $  5,025.00 |
| Total JWL | $28,517.50 |
| **TOTAL DUE** | **$33,542.50** |

# PINKS, ARBEIT & NEMETH
ATTORNEYS AT LAW
140 FELL COURT, SUITE 303
HAUPPAUGE, NEW YORK 11788
(631) 234-4400
(631) 234-4445 (fax)

STEVEN G. PINKS
ROBERT S. ARBEIT
JOSEPH G. NEMETH, JR

JONATHAN W. LIPSHIE
TERESA A. WHITE

June 29, 2017

Quest Ventures, Ltd.
98 Silas Carter Road
Manorville, NY 11949

## *FOR PROFESSIONAL SERVICES RENDERED:*

### *RE:*    CHAPTER 11 REORGANIZATION

| Date | Services | Attny | Hours |
|------|----------|-------|-------|
| 1/25/17 | Prepare fee application | JWL | 1.00 |
| 1/26/17 | Prepare fee application | JWL | 1.00 |
| 1/27/17 | Subpoenas for IPA litigation to Farrell, Fritz, Richard Handler and K&V | JWL | 0.40 |
| 1/27/17 | Review IPA expenses and analyze | JWL | 0.50 |
| 1/27/17 | Preparation for depositions | JWL | 1.00 |
| 1/30/17 | Finalize subpoenas in IPA litigation | JWL | 0.50 |
| 2/1/17 | Conferences with Ted Donovan re: documents produced in IPA v. Quest | JWL | 0.40 |
| 2/2/17 | Review IPA's objection to retain broker | JWL | 0.50 |
| 2/2/17 | E-mail to Karen Fungfeld at Weichert; conference with Karen Fungfeld re: Quest response | JWL | 0.10 |
| 2/2/17 | Letter to Ted Donovan re: IPA discovery | JWL | 0.20 |
| 2/3/17 | Telephone call with Sal Guerrera | SGP | 0.30 |

| 2/6/17 | Review subpoenas in IPA litigation | JWL | 0.60 |
|---|---|---|---|
| 2/7/17 | Review opposition to motion to compel | JWL | 0.50 |
| 2/7/17 | Conference with Karen Fungfeld re: broker's agreement | JWL | 0.20 |
| 2/7/17 | Preparation for hearing on motion to retain broker; preparation for hear on motion to compel | JWL | 0.90 |
| 2/8/17 | Hearing on motion to retain broke and hearing on motion to compel production of documents | JWL | 2.00 |
| 2/8/17 | Review e-mail from Ted Donovan and documents attached | JWL | 0.20 |
| 2/8/17 | Draft order retaining Weichert Properties as broker | JWL | 0.30 |
| 2/10/17 | E-mail to Karen Fungfeld re: broker's agreement and hearing | JWL | 0.20 |
| 2/10/17 | Review IPA document production to second request for production of documents | JWL | 1.30 |
| 2/13/17 | Finalize and file order to authorize retention of broker | JWL | 0.20 |
| 2/13/17 | Review invoices and checks produced by IPA | JWL | 1.00 |
| 2/13/17 | E-mail to Karen Fungfeld re: retention of Weichert Properties | JWL | 0.10 |
| 2/13/17 | Review e-mail from Ted Donovan re: document production | JWL | 0.10 |
| 2/14/17 | Review e-mail from District Court re: briefing schedule on appeal | JWL | 0.10 |
| 2/15/17 | Draft order granting motion to compel production of documents; | JWL | 0.30 |
| 2/15/17 | Submit order granting motion to compel by ECF | JWL | 0.20 |

| 2/16/17 | Prepare fee application | JWL | 0.80 |
|---------|-------------------------|-----|------|
| 2/16/17 | Telephone call with Sal Guerrera | SGP | 0.30 |
| 2/16/17 | E-mail to Joe Pirinea (expert) | JWL | 0.20 |
| 2/17/17 | Review January 2017 operating report | JWL | 0.20 |
| 2/17/17 | Conference with chambers re: motion to retain Signature Properties | JWL | 0.10 |
| 2/17/17 | E-mail to Karen Fungfeld re: order retaining Weichert | JWL | 0.10 |
| 2/17/17 | Telephone call with Sal Guerrera | SGP | 0.30 |
| 2/21/17 | E-mails to and from Ted Donovan re: discovery in IPA | JWL | 0.20 |
| 2/21/17 | Conference with Brett in chambers re: motion to retain Signature | JWL | 0.10 |
| 2/22/17 | Conference with Joe Pirinea (expert) re: checks | JWL | 0.10 |
| 2/22/17 | Legal research re: Tooker appeal | JWL | 0.50 |
| 2/23/17 | Draft appeal brief re: Tooker appeal; | JWL | 0.50 |
| 2/23/17 | Conference with Pro Se office in Brooklyn re: service of appeal brief | JWL | 0.10 |
| 2/24/17 | Review discovery documents | JWL | 0.20 |
| 2/24/17 | E-mails to Ted Donovan re: discovery issues | JWL | 0.10 |
| 2/27/17 | Conference with Karen Fungfeld re: contract | JWL | 0.10 |
| 2/27/17 | Conference with Steven Pinks | JWL | 0.20 |
| 2/27/17 | E-mail from Kevin Nash re: discovery | JWL | 0.10 |
| 2/27/17 | Conference with Jonathan W. Lipshie re: brokers contract | SGP | 0.20 |
| 3/1/17 | Conference with Ted Donovan re: adjournment; | JWL | 0.10 |
| 3/1/17 | Preparation for status hearing | JWL | 0.50 |

| 3/1/17 | Attend hearing before Judge Grossman | JWL | 1.50 |
|--------|--------------------------------------|-----|------|
| 3/1/17 | Conference with Karen Fungfeld re: broker's agreement | JWL | 0.10 |
| 3/1/17 | Conference with Sal Guerrera re: hearing | JWL | 0.20 |
| 3/2/17 | E-mail to Ted Donovan re: deposition dates | JWL | 0.10 |
| 3/2/17 | Review ECF bounces from Bankruptcy court re: hearing | JWL | 0.10 |
| 3/3/17 | Prepare for meeting with client and Joe Pirinea (expert) | JWL | 0.30 |
| 3/3/17 | Review IPA documents | JWL | 0.70 |
| 3/6/17 | Meeting with Sal Guerrera and Joe Pirinea (expert) | JWL | 1.50 |
| 3/8/17 | Revise Tooker appeal brief | JWL | 0.50 |
| 3/8/17 | Legal research | JWL | 0.50 |
| 3/9/17 | Subpoenas to Susan Fallon; Thomas Kern, Icy Hollow and Island Polo Realty | JWL | 1.00 |
| 3/9/17 | Prepare notice of subpoena | JWL | 0.20 |
| 3/10/17 | E-mail to Ted Donovan re: subpoenas | JWL | 0.10 |
| 3/10/17 | Revise subpoenas | JWL | 0.30 |
| 3/15/17 | Revise Tooker appeal | JWL | 0.80 |
| 3/15/17 | Legal research | JWL | 0.20 |
| 3/16/17 | Revise Appeal brief | JWL | 1.00 |
| 3/16/17 | Conference with Karen Fungfeld re: listing | JWL | 0.10 |
| 3/17/17 | Tooker appeal; draft brief | JWL | 1.00 |
| 3/17/17 | Legal research | JWL | 0.50 |
| 3/23/17 | Telephone call with Sal Guerrera | SGP | 0.40 |

| 3/28/17 | Review order in Tooker appeal | JWL | 0.10 |
|---------|-------------------------------|-----|------|
| 3/28/17 | E-mail from Ted Donovan | JWL | 0.10 |
| 3/28/17 | E-mail with Kevin Nash re: deposition schedule | JWL | 0.10 |
| 3/28/17 | Revise Tooker appeal brief | JWL | 0.30 |
| 3/28/17 | Legal research | JWL | 0.20 |
| 3/28/17 | E-mail to Ted Donovan re: adjournment; review letter from Ted Donovan re: adjournment | JWL | 0.10 |
| 3/30/17 | Review letter from Goldberg, Weprin re: documents | JWL | 0.10 |
| 3/30/17 | Review documents from IPA | JWL | 0.50 |
| 3/30/17 | Conference with Joe Pirenea, expert | JWL | 0.20 |
| 3/30/17 | Revise subpoena for Susan Fallon | JWL | 0.20 |
| 3/31/17 | Conference with Sal Guerrera re: depositions/ IPA | JWL | 0.20 |
| 3/31/17 | E-mails with Ted Donovan re: depositions and conference | JWL | 0.20 |
| 3/31/17 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 4/6/17 | E-mails with Ted Donovan re: EBT's | JWL | 0.20 |
| 4/6/17 | Conference with Joe Pirenea, expert | JWL | 0.20 |
| 4/7/17 | Conference with Joe Pirenea, expert | JWL | 0.10 |
| 4/7/17 | E-mails to Ted Donovan re: deposition | JWL | 0.10 |
| 4/7/17 | Conference with Joe Pirenea, expert and Steven Pinks re: documents produced by IPA | JWL | 1.00 |
| 4/7/17 | Conference with Joe Pirenea and Jonathan Lipshie re: documents produced by IPA | SGP | 1.00 |

| 4/11/17 | E-mail with Joe Pirenia, expert | JWL | 0.20 |
|---------|--------------------------------|-----|------|
| 4/11/17 | Review expert report | JWL | 0.50 |
| 4/11/17 | Conference with Steve Pinks re: expert report | JWL | 0.30 |
| 4/13/17 | Conference with Joe Pirenia and Steven Pinks | JWL | 0.20 |
| 4/13/17 | Conference with Joe Pirenia and Jonathan Lipshie | SGP | 0.70 |
| 4/13/17 | Meeting with Sal Guerrera and Steven Pinks | JWL | 1.00 |
| 4/13/17 | Meeting with Sal Guerrera and Jonathan Lipshie | SGP | 1.00 |
| 4/14/17 | Preparation for EBT of David DeRosa | JWL | 1.00 |
| 4/14/17 | Conferences with Kevin Nash re: deposition schedule | JWL | 0.20 |
| 4/14/17 | Conference with Joe Pirenia, expert re: report | JWL | 0.40 |
| 4/15/17 | Preparation for David DeRosa deposition | SGP | 4.30 |
| 4/15/17 | Preparation for Sal Guerrera deposition | JWL | 1.00 |
| 4/17/17 | E-mails with Joe Pirenia, expert; conference with Steven Pinks | JWL | 0.20 |
| 4/17/17 | Conference with Steven Pinks re: Joe Pirenia | JWL | 0.20 |
| 4/17/17 | Attend deposition of Sal Guerrera | JWL | 5.00 |
| 4/18/17 | Review Quest documents re: EBT | JWL | 2.00 |
| 4/18/17 | Conference with Steven Pinks re: IPA documents | JWL | 0.50 |
| 4/18/17 | Conference with Jonathan Lipshie | SGP | 0.50 |
| 4/18/17 | Prepare outlines for DeRosa and Handler depositions | JWL | 2.00 |
| 4/18/17 | Subpoena and Notice of Deposition re: Richard Handler | JWL | 0.30 |

| 4/19/17 | Conference with Sal Guerrera re: deposition | JWL | 0.20 |
|---------|---------------------------------------------|-----|------|
| 4/19/17 | Preparation for deposition | JWL | 1.00 |
| 4/21/17 | Deposition of David Derosa; conference with Sal Guerrera | SGP | 6.00 |
| 4/21/17 | Deposition of David Derosa; conference with Sal Guerrera | JWL | 6.00 |
| 4/24/17 | Conference with Sal Guerrera | JWL | 0.20 |
| 4/25/17 | Conference with Kevin Nash re: depositions | JWL | 0.20 |
| 4/27/17 | Conference with Kevin Nash re: depositions | JWL | 0.20 |
| 4/27/17 | Conference with Sal Guerrera re: depositions | JWL | 0.20 |
| 4/28/17 | Conference with Kevin Nash re: deposition | JWL | 0.20 |
| 5/1/17 | Meeting with Sal Guerrera | JWL | 1.00 |
| 5/1/17 | Meeting with Sal Guerrera | SGP | 1.00 |
| 5/2/17 | Draft Pre-trial order for IPA trial | JWL | 2.00 |
| 5/2/17 | Legal research re: equitable mortgage | JWL | 1.00 |
| 5/2/17 | Conference with Kevin Nash | JWL | 0.20 |
| 5/2/17 | Prepare pre-trial brief | JWL | 2.00 |
| 5/2/17 | Letter to Richard Handler | JWL | 0.10 |
| 5/4/17 | Review Pre-trial order, Pre-trial brief re: IPA trial | JWL | 2.00 |
| 5/5/17 | Review Pre-trial statement, Pre-trial brief re: IPA trial | JWL | 1.50 |
| 5/8/17 | Preparation for EBT of Richard Handler | JWL | 0.50 |
| 5/8/17 | Preparation and EBT Of Richard Handler | JWL | 2.50 |
| 5/8/17 | Preparation and EBT of Richard Handler | SGP | 2.50 |
| 5/8/17 | Attend EBT of Richard Handler | JWL | 2.50 |

| 5/8/17 | Revise Pre-trial order, Pre-trial brief | JWL | 1.00 |
|---|---|---|---|
| 5/9/17 | Revise Pre-trial brief; Pre-trial Order | JWL | 1.50 |
| 5/9/17 | Conference with Ted Donovan re: Pre-trial order | JWL | 0.50 |
| 5/10/17 | Letter to Ted Donovan | JWL | 0.10 |
| 5/12/17 | Meeting with Joe Pirinea, expert | JWL | 2.00 |
| 5/12/17 | Meeting with Joe Pirinea, expert | SGP | 2.00 |
| 5/12/17 | Meeting with Sal Guerrera | JWL | 2.50 |
| 5/12/17 | Meeting with Sal Guerrera | SGP | 2.50 |
| 5/15/17 | E-mails with Kevin Nash and Ted Donovan re: adjournment | JWL | 0.20 |
| 5/15/17 | Conference with court chambers re: adjournment | JWL | 0.10 |
| 5/15/17 | Conference with Joe Pirenea re: adjournment | JWL | 0.10 |
| 5/15/17 | Conference with Sal Guerrera | JWL | 0.10 |
| 5/18/17 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 5/19/17 | Meeting with Sal Guerrera re: plan of reorganization and litigation | JWL | 1.00 |
| 5/19/17 | E-mail to Joe Pirenea | JWL | 0.20 |
| 5/24/17 | Meeting with Sal Guerrera, Vicki Dorr and Joe Pirenea | JWL | 2.00 |
| 5/24/17 | Meeting with Sal Guerrera, Vicki Dorr and Joe Pirenea | SGP | 2.00 |
| 5/25/17 | Review Appeal brief in Tooker claim | JWL | 1.00 |
| 5/25/17 | E-mail to Ted Donovan and Kevin Nash re: adjournment/settlement | JWL | 0.20 |

| 5/30/17 | Conference with Sal Guerrera re: property deposition transcripts | JWL | 0.20 |
|---|---|---|---|
| 5/30/17 | Conference with Sal Guerrera re: property list price | JWL | 0.20 |
| 5/30/17 | Conference with Karen Fungfeld re: listing | JWL | 0.20 |
| 6/1/17 | Revise Tooker's appeal brief; revise and edit | JWL | 1.00 |
| 6/1/17 | Legal research re: Tooker appeal brief | JWL | 1.00 |
| 6/2/17 | Conference with Sal Guerrera | JWL | 0.10 |
| 6/13/17 | Motion to be relieved as counsel | JWL | 2.00 |
| 6/18/17 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 6/20/17 | Review motion to appoint trustee with Steven Pinks | JWL | 1.00 |
| 6/20/17 | Review motion to appoint trustee with Jonathan Lipshie | SGP | 1.00 |
| 6/20/17 | Review documents re: trustee | JWL | 0.50 |
| 6/22/17 | Review Reply to motion to be relieved as counsel | SGP | 0.50 |
| 6/22/17 | Review Reply to motion to be relieved as counsel | JWL | 0.50 |
| 06/23/16 | Telephone call with Sal Guerrera | SGP | 0.20 |
| 6/26/17 | Review e-mail from Karen Fungfeld re: offer on property | JWL | 0.10 |
| 6/26/17 | Conference with Steven Pinks re: offer on property | JWL | 0.10 |
| 6/26/17 | Conference with Jonathan Lipshie re: offer on property | SGP | 0.10 |
| 6/27/17 | Legal research re: conversion and Chapter 7 | JWL | 1.50 |
| 6/27/17 | Conference with Alan Mendelsohn and Frank Kantrow | JWL | 0.30 |

| 6/29/17 | Attend Hearing on motion to be relieved as counsel | JWL | 1.00 |
|---------|-----------------------------------------------------|-----|------|
| 6/29/17 | Attend Hearing on motion to be relieved as counsel | JWL | 1.00 |
|         | TOTAL                                               |     | 121.70 |

SGP - $500.00 x 28.40 = $14,200.00
JWL - $425.00 x 91.30 = $39,652.50

**DISBURSEMENTS:**

Witness Fees:
    Susan Fallon                 47.98
    Ted Kern                     53.11
Deposition Transcripts:
    Richard Handler         461.50
    David DeRosa        1,275.10

Property Searches          715.00

**TOTAL:**                              **2,552.69**

Total Expenses:     $ 2,552.69

Total SGP         $14,200.00
Total JWL         $39,652.50

**TOTAL DUE**     **$56,405.19**