Rosen, Kantrow & Dillon, PLLC
Attorneys for Allan B. Mendelsohn, Trustee
38 New Street
Huntington, New York 11743
631 423 8527
Fred S. Kantrow

UNITED STATES BANKRUPTCY COURT  RETRUN DATE:**4/30/18**
EASTERN DISTRICT OF NEW YORK  TIME: **9:30 a.m.**

------------------------------------------------------------x

In re:

QUEST VENTURES, LTD.,

                        Debtor.

Case No.: 15-75499-reg
Chapter 7

------------------------------------------------------------x

**NOTICE OF TRUSTEE'S APPLICATION SEEKING ENTRY OF AN ORDER UNDER SECTIONS 363(a), 363(b), 363(f) and 363(m) OF THE BANKRUPTCY CODE AND RULES 2002, 6004 AND 9004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE: (1) AUTHORIZING TRUSTEE TO SELL TO IPA ASSET MANAGEMENT IV, LLC OR ITS DESIGNEE (the "STALKING HORSE"), OR THE HIGHEST AND BEST BIDDER AT AN AUCTION SALE ESTATE'S INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 3581 MIDDLE COUNTRY ROAD, CALVERTON, NEW YORK AND 3605 MIDDLE COUNTTRY ROAD, CALVERTON, NEW YORK; (2) SCHEDULING A HEARING TO APPROVE SUCH SALE TO THE STALKING HORSE OR THE HIGHEST AND BEST BIDDER; (3) APPROVING CERTAIN BIDDING PROCEDURES; AND (4) APPROVING THE MANNER AND EXTENT OF <u>NOTICE OF SUCH AUCTION HEARING</u>**

      **PLEASE TAKE NOTICE** that Allan B. Mendelsohn, trustee (the "Trustee") of the estate of Quest Ventures, Ltd. the debtor (the "Debtor"), by and through his counsel, Rosen, Kantrow & Dillon, PLLC, shall move before the Hon. Robert E. Grossman, United States Bankruptcy Judge, on **APRIL 30, 2018 at 9:30 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order: (1) authorizing the Trustee to sell to IPA Management IV, LLC, or its designee (the "Stalking Horse") or to the highest and best bidder at an auction sale, the estate's interest in the real property commonly known as 3581 Middle Country Road, Calverton, New York (the "Undisputed Property") and/or the real property commonly known as 3605 Middle Country Road, Calverton, New York (the "Disputed Property"); (2) scheduling a hearing

to approve such sale to the Stalking Horse or the highest and best bidder; (3) approving certain bidding procedures; and (4) approving the manner and extent of notice of such auction hearing, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 860.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with any Administrative Order of the Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with any Administrative Order of the Court, and upon: (i) Rosen, Kantrow & Dillon, PLLC, 38 New Street, Huntington, New York 11743; and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722;  so as to be received by no later than 4:00 p.m. on April 23, 2018.

**PLEASE TAKE FURTHER NOTICE** that only timely objections may be considered by the Court.

Dated: Huntington, New York
       March 30, 2018

>     Rosen, Kantrow & Dillon, PLLC
>     Attorneys for Allan B. Mendelsohn
>
> BY:   S/Fred S. Kantrow
>       Fred S. Kantrow
>       38 New Street
>       Huntington, New York 11743
>       631 423 8527
>       Fkantrow@rkdlawfirm.com